```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ROME DIVISION

IN RE:  TABITHA M. WHEAT,           {   CHAPTER 13
                                    {
                                    {
        DEBTOR(S)                   {   CASE NO. R22-41593-PWB
                                    {
                                    {   JUDGE BONAPFEL
```

**OBJECTION TO CONFIRMATION**

COMES NOW K. Edward Safir, Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Chapter 13 schedules fail to include complete employment information for Engineered Floors, thereby preventing the Trustee from evaluating the feasibility of the Chapter 13 Plan, in violation of 11 U.S.C. § 1325(a)(6) and Fed. R. Bankr. P 1007(b).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

February 14, 2023

                                                                                  /s
                                        Brandi L. Kirkland, Esq.
                                        for Chapter 13 Trustee
                                        GA Bar No. 423627

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
brandik@atlch13tt.com

R22-41593-PWB

**CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

TABITHA M. WHEAT
855 TORINO DR
CHATSWORTH, GA 30705-5526

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES


This 14TH day of February, 2023


         /s/
Brandi L. Kirkland, Esq.
for Chapter 13 Trustee
GA Bar No. 423627




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
brandik@atlch13tt.com